UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>                          Plaintiff,<br><br>     v.<br><br>CITY OF LAKEWOOD, et al.,<br><br>                          Defendants. | No. 10-5492RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Supplemental Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #15], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is duplicative of 08-CV-5589FDB.  The claims raised have been litigated and lost on the merits. This action is malicious.  The case is DISMISSED WITH PREJUDICE.  Plaintiff must pay the full filing fee as he is an inmate and the Prison Litigation Reform Act applies to him.  This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g).

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 22nd day of November, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1