# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN KNIGHT LEWIS,

        v.

CITY OF LAKEWOOD, et al.,

JUDGMENT IN A CIVIL CASE

No. 10-5492RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is duplicative of 08-CV-5589FDB. The claims raised have been litigated and lost on the merits. This action is malicious. The case is DISMISSED WITH PREJUDICE. Plaintiff must pay the full filing fee as he is an inmate and the Prison Litigation Reform Act applies to him. This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g).

| November 22, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |